AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Gary Wilson ( ██████ )

*Defendant(s)*

)
) Case: 1:21-mj-00596
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 9/9/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U S C § 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding & Abetting; |
| 18 U S C § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U S C § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U S C § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building; |
| 40 U S C § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building; |
| 40 U S C § 5104(e)(2)(B) | Entering and Remaining in the Gallery of Congress; |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Foulger, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____09/09/2021____

_____
*Judge's signature*

City and state: ____Washington, D.C.____   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*